ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
**KUPPERLIN LAW GROUP, LLC**
8965 S. Eastern Ave, Suite 350
Las Vegas, NV 89123
Telephone: (702) 614-0600
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MANHATTAN WEST, LLC a Nevada Limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY PARTNERS, LTD., a Nevada Corporation, KELLY MURPHY, an individual, PHANTOM ENTERTAINMENT, LLC, a Nevada limited liability company, ALTERNATIVE ENTERPRISES, LLC, a Nevada limited liability company, and KRAVE ENTERTAINMENT, LLC a Nevada limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01898<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, MANHATTAN WEST, LLC, (hereinafter," Plaintiff,") and CENTURY PARTNERS, LTD., KELLY MURPHY, PHANTOM ENTERTAINMENT, LLC, ALTERNATIVE ENTERPRISES, LLC and KRAVE ENTERTAINMENT, LLC (hereinafter "Defendants") through their attorneys of record, collectively hereby stipulate to a dismissal of all claims asserted against Defendants with prejudice, in the above-captioned matter.

///

///

//

-1-

Any hearings that may be scheduled in this case are hereby vacated.

Wherefore, the undersigned request this Court enter an Order dismissing all claims against Defendants in the above-captioned case, with prejudice.

DATED: March 27, 2012

KUPPERLIN LAW GROUP

_____
ROBERT ATKINSON, ESQ.
*Attorney for Defendants*

COHEN-JOHNSON, LLC

_____
H. STAN JOHNSON, ESQ.
*Attorney for Plaintiff*

**IT IS SO ORDERED** this 11th day of April, 2012.

_____
Gloria M. Navarro
United States District Judge